# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

CORY LEE MILLER,

Plaintiff,

v.

CHURCHILL COUNTY, NEVADA, *et al.*,

Defendants.

Case No. 3:25-cv-00709-MMD-CLB

ORDER

Pro se Plaintiff Cory Lee Miller filed a civil rights complaint alleging various violations of his constitutional rights and violations of state law. (ECF No. 3-1 ("Complaint").) Before the Court is the Report and Recommendation (ECF No. 12 ("R&R")) of United States Magistrate Judge Carla L. Baldwin, screening the Complaint and recommending it be dismissed in its entirety, with leave to amend in part. Plaintiff had until January 29, 2026 to file an objection. (*Id.*) To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original).

In the R&R, Judge Baldwin recommends granting Plaintiff's application to proceed *in forma pauperis* (ECF No. 3 ("IFP")) because a review of the application shows that he cannot pay the filing fee. (ECF No. 12 at 2.) Judge Baldwin also screens the Complaint and recommends dismissing without prejudice and with leave to amend Plaintiff's Fourth Amendment warrantless arrest, Fourteenth Amendment fabrication of evidence, *Monell* liability, false imprisonment, abuse of process, and intentional infliction of emotional

distress (IIED) claims, and dismissing with prejudice and without leave to amend Plaintiff's Fourth Amendment excessive force, Fourteenth Amendment due process and malicious prosecution, battery, and state law malicious prosecution claims. (*Id.* at 4-17.) The Court agrees with Judge Baldwin and will adopt her R&R as unopposed.

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 13) is accepted and adopted.

The Clerk of Court is directed to file Plaintiff's Complaint (ECF No. 3-1).

It is further ordered that Plaintiff's Complaint (ECF No. 3-1) is dismissed, with prejudice and without leave to amend, as to Claim 1 for Fourth Amendment excessive force, Claim 3 for Fourteenth Amendment due process and malicious prosecution, Claim 5 for battery, and Claim 7 for malicious prosecution under Nevada law.

It is further ordered that Plaintiff's Complaint (ECF No. 3-1) is dismissed without prejudice and with leave to amend as to Claim 2 for Fourth Amendment warrantless arrest, Claim 3 for Fourteenth Amendment fabrication of evidence, Claim 4 for *Monell* liability, Claim 6 for false imprisonment, Claim 8 for abuse of process, and Claim 9 for IIED. Plaintiff has already filed a proposed first amended complaint (ECF No. 13) that the Court will screen in the normal course.

It is further ordered that Plaintiff's emergency motion for a temporary restraining order (ECF No. 4) and emergency motion for a preliminary injunction (ECF No. 5), which are based on the claims in the Complaint, are denied as moot.

DATED THIS 18th Day of February 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2